UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-371-GCM
3:93-cr-129-GCM-HM-1

| | |
|---|---|
| **ANTONIO VLADIMAR STONE McDANIEL,** | )<br>)<br>) |
| **Petitioner,** | )<br>) |
| vs. | )<br>) |
| | ) **ORDER** |
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Respondent.** | )<br>)<br>) |

**THIS MATTER** is before the Court on its own motion on Petitioner's Response to Order to Show Cause, (Doc. No. 8), and the United States Supreme Court's decision in <u>United States v. Davis</u>, No. 18-431.

For the reasons stated in the Court's Show Cause Order, (Doc. No. 7), and on the Government's agreement that the stay in this matter should be lifted, (Doc. No. 8 at 2), the Court will lift the stay, allow Petitioner to file a supplement within thirty (30) days of this Order, and order that the Government to file its response within sixty (60) days of Petitioner's supplement.

**IT IS, THEREFORE, ORDERED** that the stay in this matter is hereby **LIFTED**, Petitioner will have thirty (30) days from this Order to file a supplement, and the Government shall have sixty (60) days from the supplement to file its response in this matter.

Signed: May 5, 2020

Graham C. Mullen
United States District Judge

1